IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cv-01259-CNS-NRN | Date: | December 5, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |

| Parties | Counsel |
|---|---|
| PANAGIOTA BERNAQUER<br>**Plaintiff** | *Jared Mazzei* |
| v. | |
| CIRCLE K STORES INC<br>HZ OPS HOLDINGS INC<br>**Defendant** | *Christopher Bryan*<br>*Lynn Kuznitz* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  1:32 p.m.

Appearance of counsel.

The Court outlines the scope of today's hearing.

Argument as to [35] Defendant HZ OPS Holding, Inc.'s Motion for Summary by Mr. Bryan and Mr. Mazzei with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   **[35] Defendant HZ OPS Holding, Inc.'s Motion for Summary Judgment is GRANTED and the claims against HZ OPS are dismissed with prejudice.**

Court in Recess:  2:05 p.m.          Hearing concluded.          Total time in Court:  00:33